MARCH 7, 1962

**No. 66551.**—Dessy Atco, Inc. *v.* United States, protests 61/12675 and 61/12827. Protests abandoned February 14, 1962. (Not published.) (Initial No. 61/9472.) Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, MARCH 12, 1962

**No. 66552.**—Firmenich, Inc., et al. *v.* United States, protests 61/15432, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the issue herein is the same as that involved in *United States* v. *Dodge & Olcott, Inc.* (47 C.C.P.A. 100, C.A.D. 737), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, MARCH 12, 1962

**No. 66553.**—Martin Freeman Co., Inc., *v.* United States, protest 61/16184 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 66554.**—Joseph H. Brown & Son *v.* United States, protests 60/16381, etc. (El Paso).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of horsemeat similar in all material respects to that the subject of Abstract 66197, the claim of the plaintiff was sustained.